RCC

**FILED**
**FEBRUARY 1, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 726**

In the Matter of                                                                 Case Number:

Patrice Warr, Wheeler Warr and Jennifer Smith v. Option One Mortgage Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patrice Warr, Wheeler Warr, and Jennifer Smith

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

| NAME (Type or print) |
| --- |
| Lloyd J. Brooks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Lloyd Brooks |
| FIRM |
| The Brooks Law Firm |
| STREET ADDRESS |
| 15008 Woodlawn Avenue |
| CITY/STATE/ZIP |
| Dolton, Illinois 60419 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6271994 | (708) 841-8000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐