IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE WARR, ET AL., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>OPTION ONE MORTGAGE CORPORATION, )<br>)<br>)<br>Defendant. )<br>) | No. 08 C 726<br><br>Judge Kennelly<br>Magistrate Judge Valdez |

**AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES Option One Mortgage Corporation ("*Option One*") by its attorneys, Chapman and Cutler LLP, and respectfully submits its motion for an extension of time to answer or otherwise respond to the Plaintiffs' Complaint.

1. Option One seeks a 30-day extension to March 26, 2008 to answer or otherwise respond to Plaintiff's Complaint.

2. Option One has just recently retained counsel and requires additional time to investigate the facts and circumstances regarding the claims in the Plaintiffs' Complaint.

3. Plaintiffs do not oppose this request for an extension.

4. This is Option One's first request for an extension of time.

WHEREFORE, Option One Mortgage Corporation respectfully requests that the Court grant its agreed motion for an extension of time to answer or otherwise respond to the Plaintiffs' Complaint until March 26, 2008.

Dated: February 25, 2008

                    Respectfully submitted,

                    OPTION ONE MORTGAGE CORPORATION

                    By _____/s/ *Dianne E. Rist*_____
                           One of Its Attorneys

Dianne E. Rist
Meredith L. Shafe
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2008, a copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419


_/s/ Dianne E. Rist_
Dianne E. Rist