IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICE WARR, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 C 726 |
| v. | ) | |
| | ) | Judge Kennelly |
| | ) | Magistrate Judge Valdez |
| OPTION ONE MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Lloyd J. Brooks
      The Brooks Law Firm
      15008 Woodlawn Avenue
      Dolton, Illinois 60419

PLEASE TAKE NOTICE that on Tuesday, March 4, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or any other judge sitting in his stead, in Courtroom 2103, located in the Everett McKinley Dirksen Building 219 South Dearborn Street Chicago, Illinois 60604, and then and there present the **AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** submitted by defendant Option One Mortgage Corporation a copy of which is hereby served upon you.

Respectfully submitted,

OPTION ONE MORTGAGE CORPORATION

By /s/            Dianne E. Rist
            One of Their Attorneys

Dianne E. Rist
Meredith L. Shafe
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

Case 1:08-cv-00726   Document 8   Filed 02/25/2008   Page 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 25, 2008, a copy of the foregoing **NOTICE OF AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419

　　　　　　/s/ *Dianne E. Rist*　　　　
Dianne E. Rist