### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PATRICE WARR, ET AL., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 726 |
| V. | ) | |
| | ) | Judge Kennelly |
| | ) | Magistrate Judge Valdez |
| | ) | |
| OPTION ONE MORTGAGE CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES Option One Mortgage Corporation (*"Option One"*) by its attorneys, Chapman and Cutler LLP, and respectfully submits its agreed motion for an extension of time to answer or otherwise respond to Plaintiff's Complaint.

1.    Option One seeks a 21-day extension to April 16, 2008, to answer or otherwise respond to Plaintiff's Complaint.

2.    Plaintiff and Option One are actively attempting to settle this matter.

3.    In anticipation of an early resolution through settlement, Option One requests this extension of time as a means of efficient case management and to avoid incurring unnecessary litigation costs.

3.    Plaintiff does not oppose this request for an extension.

WHEREFORE, Option One Mortgage Corporation respectfully requests that the Court grant its motion for an extension of time to answer or otherwise respond to Plaintiff's Complaint until April 16, 2008.

Dated: March 25, 2008

Respectfully submitted,

OPTION ONE MORTGAGE CORPORATION

By _____ /s/ *Meredith L. Shafe*_____
One of Its Attorneys

Dianne E. Rist
S. Todd Sipe
Meredith L. Shafe
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 25, 2008, a copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419

_____ /s/ *Meredith L. Shafe* _____
Meredith L. Shafe