IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE WARR, ET AL., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) No. 08 C 726 <br> v. ) <br> ) Judge Kennelly <br> ) Magistrate Judge Valdez <br> ) <br> OPTION ONE MORTGAGE CORPORATION, ) <br> ) <br> ) <br> Defendant. ) <br> ) | |

NOTICE OF MOTION

TO:   Lloyd J. Brooks
      The Brooks Law Firm
      15008 Woodlawn Avenue
      Dolton, Illinois  60419

**PLEASE TAKE NOTICE** that on April 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Matthew F. Kennelly or any judge sitting in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2103 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn St., Chicago, Illinois  60604, and then and there present the **MOTION OF OPTION ONE MORTGAGE CORPORATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

                                        OPTION ONE MORTGAGE CORPORATION,


                                        By_____/s/ Meredith L. Shafe_____
                                              One of Its Attorneys

Dianne E. Rist
S. Todd Sipe
Meredith L. Shafe
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

2407975.01.03.doc

- 2 -

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 25, 2008, a copy of the foregoing **NOTICE OF AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties and interested persons may access this filing through the Court's system.

Lloyd J. Brooks<br>
The Brooks Law Firm<br>
15008 Woodlawn Avenue<br>
Dolton, Illinois  60419

                                                                     /s/ *Meredith L. Shafe*
                                                                        Meredith L. Shafe