## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Patrice Warr, et al.
                                Plaintiff,

v.                                              Case No.: 1:08−cv−00726
                                                Honorable Matthew F. Kennelly

Option One Mortgage Corporation
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable Matthew F. Kennelly:Motion for extension of time to answer [13] is granted, and is to be filed by 4/16/2008. Status hearing held on 4/4/2008 and continued to 5/1/2008 at 09:00 AM. Plaintiff's attorney is ordered to appear. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.