UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Patrice Warr, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−00726
                                        Honorable Matthew F. Kennelly

Option One Mortgage Corporation
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

MINUTE entry before Judge Honorable Matthew F. Kennelly: Status hearing held and continued to 5/28/2008 at 9:00a.m. Rule 16(b) conference held with attorneys for both sides. Rule 26(a)(1) disclosures are to be made by 6/5/2008. Plaintiff is directed to make a settlement demand by 5/15/2008. The court discloses that his former law firm represented plaintiff's counsel ten plus years ago.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.