# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Patrice Warr, et al.

                          Plaintiff,

v.                                                        Case No.: 1:08−cv−00726

                                           Honorable Matthew F. Kennelly

Option One Mortgage Corporation

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held and continued to 6/18/2008 at 09:00 AM for the purpose of reporting on the status of settlement discussions and setting a discovery schedule. Rule 26(a)(1) disclosures are deferred.Telephone notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.