**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patrice Warr, et al.
                                    Plaintiff,

v.                                                       Case No.: 1:08−cv−00726
                                                         Honorable Matthew F. Kennelly

Option One Mortgage Corporation
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 6/18/2008 with attorneys for both sides. The parties continue to negotiate settlement. Telephone conference, to be initiated by the parties, is set for 7/2/2008 at 10:00 AM. The parties are to note that the time of the status hearing has been moved from 9:00 AM. to 10:00 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.