UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patrice Warr, et al.
                                  Plaintiff,

v.                                                Case No.: 1:08−cv−00726
                                                  Honorable Matthew F. Kennelly

Option One Mortgage Corporation
                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

   MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's counsel reports to chambers that the parties have reached a settlement agreement, subject to documentation. Pursuant to settlement, the case is dismissed, with leave to reinstate on or before 8/4/08 if settlement documentation has not been completed. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.