IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE WARR, WHEELER WARR, and JENNIFER SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) No. 08 C 726 |
| v. | ) ) Judge Kennelly |
| OPTION ONE MORTGAGE CORPORATION, | ) ) Magistrate Judge Valdez |
| Defendant. | ) ) ) |

NOTICE OF FILING

TO:   See attached service list

PLEASE TAKE NOTICE that on August 4, 2008, we have filed with the United States District Court for the Northern District of Illinois, a Stipulation for Dismissal with Prejudice, a copy of which is served upon you.

Respectfully submitted,

OPTION ONE MORTGAGE CORPORATION

By   s/ Stephen Todd Sipe
       One of Its Attorneys

Dianne E. Rist
S. Todd Sipe
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603

2480367.01.01.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE WARR, WHEELER WARR, and JENNIFER SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> OPTION ONE MORTGAGE CORPORATION, <br><br> Defendant. | No. 08 C 726 <br><br> Judge Kennelly <br><br> Magistrate Judge Valdez |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Patrice Warr, Wheeler Warr and Jennifer Smith (collectively "*Plaintiffs*") and Defendant Option One Mortgage Corporation by their undersigned counsel, hereby request that:

Plaintiffs' claims against Defendant Option One Mortgage Corporation are dismissed with prejudice with each party bearing its own costs.

OPTION ONE MORTGAGE CORPORATION

By _____
     One of Its Attorneys

Dianne E. Rist
S. Todd Sipe
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603

PATRICE WARR, WHEELER WARR and
JENNIFER SMITH

By  *[signature: Lloyd Brooks]*

One of Their Attorneys

Lloyd Brooks
The Lloyd Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2008, a copy of the foregoing **Notice of Filing** and **Stipulation for Dismissal With Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois  60419

                                                  */s/ Stephen Todd Sipe*
                                                  Stephen Todd Sipe